**Slip Op. 14–125**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **LIFESTYLE ENTERPRISE, INC., EMERALD HOME FURNISHINGS, LLC, and RON'S WAREHOUSE FURNITURE D/B/A VINEYARD FURNITURE INTERNATIONAL LLC,** | |
| Plaintiffs, | |
| and | |
| **DREAM ROOMS FURNITURE (SHANGHAI) CO., LTD. and GUANGDONG YIHUA TIMBER INDUSTRY CO., LTD.,** | |
| Consolidated Plaintiffs, | |
| **ORIENT INTERNATIONAL HOLDING SHANGHAI FOREIGN TRADE CO., LTD.,** | |
| Intervenor Plaintiff, | |
| v. | **Before: Jane A. Restani, Judge** |
| **UNITED STATES and UNITED STATES DEPARTMENT OF COMMERCE,** | **Consol. Court No. 09-00378** |
| Defendants, | |
| and | |
| **AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE and VAUGHAN-BASSETT FURNITURE COMPANY, INC.,** | |
| Intervenor Defendants. | |

**Judgment**

RESTANI, Judge: The parties agree that in its Final Results of Redetermination Pursuant to Fourth Remand, ECF No. 239 ("Fourth Remand Results"), the United States Department of Commerce complied with the court's fourth remand order and the Fourth Remand Results are consistent with the opinion of the U.S. Court of Appeals for the Federal Circuit in Lifestyle Enterprise, Inc. v. United States, 751 F.3d 1371 (Fed. Cir. 2014).  Accordingly the Fourth Remand Results are SUSTAINED.

    /s/ Jane A. Restani
        Jane A. Restani
        Judge

Dated: October 28 , 2014
        New York, New York